**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 300 EAL 2017
                                                       :
                              Respondent        :
                                                       :
                                                       : Petition for Allowance of Appeal from
                                                       : the Order of the Superior Court
                    v.                               :
                                                       :
                                                       :
JOSHUA RAHEEM,                          :
                                                       :
                              Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.